AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN  DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA                    **WAIVER OF INDICTMENT**

v.

PEDRO ALONSO VELASQUEZ-REYES          CASE NUMBER:  08MJ 8034

I, PEDRO ALONSO VELASQUEZ-REYES , the above named defendant, who is accused

of committing the following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952
and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on  2-19-2008  prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

<br>

X Pedro V.
_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

**FILED**

FEB 1 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY