1  KAREN P. HEWITT
   United States Attorney
2  CHARLOTTE E. KAISER
   Assistant United States Attorney
3  California State Bar No. PENDING
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  619-557-7031 (Telephone)/619-557-5551 (Fax)
   Email: charlotte.kaiser@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   Criminal Case No. 08CR0431-W
                                    )
11            Plaintiff,            )
                                    )   NOTICE OF APPEARANCE
12       v.                         )
                                    )
13 PEDRO ALONSO VELASQUEZ-REYES,    )
                                    )
14            Defendant.            )
                                    )
15

16 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17        I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18 I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

19 There are no other government attorneys associated with this case who should be listed as lead counsel

20 for CM/ECF purposes, and who should receive all Notices of Electronic Filings relating to activity in

21 this case.  Effective this date, the following attorneys are no longer associated with this case and should

22 not receive any further Notices of Electronic Filings relating to activity in this case:

23        U.S. Attorney CR.

24     Please feel free to call me if you have any questions about this notice.

25     DATED: March 13, 2008.

26                                              KAREN P. HEWITT
                                                United States Attorney
27

28                                              /s/Charlotte E. Kaiser
                                                CHARLOTTE E. KAISER
                                                Assistant United States Attorney

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |

UNITED STATES OF AMERICA,                )   Criminal Case No. 08CR0431-W
                                         )
                Plaintiff,               )
                                         )   CERTIFICATE OF SERVICE
        v.                               )
                                         )
PEDRO ALONSO VELASQUEZ-REYES,            )
                                         )
                Defendant.               )
_____)

IT IS HEREBY CERTIFIED THAT:

I, Charlotte E. Kaiser, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated March 17, 2008, and this Certificate of Service, dated March 17, 2008, on the following party by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies:

Carey D. Gorden, Attorney for Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on March 13, 2008.

/s/Charlotte E. Kaiser
CHARLOTTE E. KAISER
Assistant United States Attorney

Certificate of Service
United States v. Pedro Alonso Velasquez-Reyes                                    08CR0431-W

2